UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY HICKSON

VERSUS

GROOM, ET AL.

CIVIL ACTION

17-218-SDD-EWD

### RULING

The Court has carefully considered the *Motion to Set Aside Default*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated October 18, 2017, to which no opposition has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendant's *Motion to Set Aside the Entry of Default* is granted, vacating and setting aside the default entered herein on 8/25/2017. It is further recommended that this matter be referred back to the Magistrate for further proceedings.

Baton Rouge, Louisiana the 23 day of January, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 17.