UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY HICKSON (#369635)

VERSUS

GROOM, MASTER SGT., ET AL.

CIVIL ACTION

17-218-SDD-EWD

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated August 13, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the *Motion to Dismiss*[4] filed by the State of Louisiana, La. Dept. of Corrections, and Tim Delaney is GRANTED, and Plaintiff's claims asserted against the State of Louisiana and the Louisiana Department of Corrections are dismissed, and Plaintiff's claims asserted against Defendant Tim Delaney in his official capacity are dismissed, reserving to Plaintiff his claim asserted against Defendant Delaney in

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 52.
[3] Rec. Doc. 56.
[4] Rec. Doc. 13.

Defendant's individual capacity. It is further ordered that this matter be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 5 day of ~~August~~ Sept, 2017.

*Shelly D Dick*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA