UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

HENRY HICKSON

VERSUS

GROOM, ET AL.

CIVIL ACTION

17-218-SDD-EWD

## RULING

The Court has carefully considered the *Motion*[1] filed by Tim Delaney, the *Amended Complaint*[2] filed by the Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[3] of United States Magistrate Judge Erin Wilder-Doomes dated January 28, 2020, to which an objection[4] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[5] is hereby GRANTED and all of Plaintiff's claims against Tim Delaney are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that all claims against the newly added Defendants are hereby DISMISSED WITH PREJUDICE *sua sponte* and the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims and this case is hereby DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana on February 19, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 89.
[2] Rec. Doc. 103.
[3] Rec. Doc. 104.
[4] Rec. Doc. 105.
[5] Rec. Doc. 89.